UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILMA ARMER,                                    )
                                                )
                        Plaintiff,              )        Case No. C08-1731RSL
                                                )
        v.                                      )
                                                )        ORDER DENYING MOTION TO
OPENMARKET, INC., *et al.*,                     )        EXTEND TIME
                                                )
                        Defendants.             )
                                                )

This matter comes before the Court on "OpenMarket's Motion for Extension of Time to File Response to Cross-Claim." Dkt. # 31. OpenMarket provides no legal support or logical basis for its request to extend time. The cross-claim will have to be answered whether plaintiff's claims against OpenMarket are dismissed or not, and the proposed delay would impede the conduct of this litigation and provide no benefit to the parties.

For all of the foregoing reasons, OpenMarket's motion for an extension of time is DENIED. OpenMarket shall respond to the cross-claims as soon as possible and no later than noon on May 5, 2009.

Dated this 29th day of April, 2009.

*Mht S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO EXTEND TIME