UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
WILMA ARMER, )
) Case No. C08-1731RSL
Plaintiff, )
v. )
) ORDER TO SHOW CAUSE
OPENMARKET, INC., *et al.*, )
)
Defendants. )
_____)

This matter comes before the Court *sua sponte*. On October 22, 2009, defendants Sprint Spectrum L.P. and Nextel West Corp. filed a motion which, taken as a whole, exceeds 50 pages in length (Dkt. # 79). As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendants are hereby ORDERED to show cause, within five days of the date of this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(8), the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 15), and the "Minute Order Setting Trial Date & Related Dates" (Dkt. # 24). Defendants shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

1         Dated this 28th day of October, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE -2-