THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY McNEIL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>SPRINT SPECTRUM L.P., a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>Cross-Claimants,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation,<br><br>Cross-Defendants. | No. 08-cv-01731 RSL<br><br>[PROPOSED] ORDER GRANTING SPRINT'S MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS<br><br>NOTED FOR HEARING:<br>January 15, 2010 |

[PROPOSED] ORDER GRANTING MOTION
FOR ATTORNEYS' FEES AND COSTS
(NO. 08-CV-0907 RSL) – 1

59113-0068/LEGAL17489914.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The Court, having considered the Motion for Reimbursement of Attorneys' Fees and Costs by Sprint, any response by OpenMarket, Inc., any reply, and the records and files herein and being fully advised in the premises, now, therefore, the Court here by **GRANTS** Sprint's Motion for Reimbursement of Attorneys' Fees and Costs and orders OpenMarket, Inc. to pay Sprint $335,920.96 in fees and costs.

DATED this \_\_\_\_ day of _____, 2010.

HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Amanda J. Beane*
Sarah J. Crooks, WSBA No. 35997
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
SCrooks@perkinscoie.com
ABeane@perkinscoie.com

Frederic R. Klein
Mark W. Hancock
**Goldberg Kohn Ltd.**
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: 312.201.4000

Michael T. Lifrak
**Quinn Emanuel Urquhart**
**Oliver & Hedges, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213.443.3000

*Attorneys for Defendants Sprint Spectrum, L.P. and Nextel West Corporation*

[PROPOSED] ORDER GRANTING MOTION
FOR ATTORNEYS' FEES AND COSTS
(NO. 08-CV-0907 RSL) – 2
59113-0068/LEGAL17489914.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

On December 31, 2009, I electronically filed the foregoing [PROPOSED] ORDER GRANTING SPRINT'S MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Clifford A. Cantor<br>**Law Offices of Clifford A. Cantor, PC**<br>627 208th Avenue SE<br>Sammamish, WA  98074-7033<br>cacantor@comcast.net<br>*Attorneys for Plaintiff Wilma Armer* | Michael J. Aschenbrener<br>**Kamber Edelson LLC**<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL  60654<br>maschenbrener@kamberedelson.com<br>*Attorneys for Plaintiff Wilma Armer* |
| Jeffrey M. Thomas<br>Mark A. Wilner<br>**Gordon Tilden Thomas & Cordell LLP**<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA  98154-1007<br>jthomas@gordontilden.com<br>*Attorneys for Defendant OpenMarket, Inc.* | Charles Platt<br>Sanket J. Bulsara<br>**Wilmer Cutler Pickering Hale & Dorr**<br>399 Park Avenue<br>New York, NY  10022<br>charles.platt@wilmerhale.com<br>sanket.bulsara@wilmerhale.com<br>*Attorneys for Defendant OpenMarket, Inc.* |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 31st day of December, 2009.

/s/ *Amanda J. Beane*
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
ABeane@perkinscoie.com

*Attorney for Defendants Sprint Spectrum, L.P. and Nextel West Corp.*

[PROPOSED] ORDER GRANTING MOTION
FOR ATTORNEYS' FEES AND COSTS
(NO. 08-CV-0907 RSL) – 3
59113-0068/LEGAL17489914.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000