THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>Defendants. | No. 2:08-cv-01731-RSL<br><br>DECLARATION OF FREDERIC R. KLEIN |
| SPRINT SPECTRUM L.P. a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>Cross-Claimants,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation,<br><br>Cross-Defendant. | |

I, Frederic R. Klein, state as follows:

1. I am a principal of the law firm of Goldberg Kohn Ltd. ("Goldberg Kohn"), and am counsel for Sprint Spectrum L.P. and Nextel West Corp. (collectively, "Sprint") in the above-captioned matter. I am a 1980 graduate of the University of Michigan Law School. I have been a member in good standing to practice before the courts of the State of Illinois since I was admitted to the bar by the Supreme Court of Illinois in 1980. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Seventh Circuit, and the United States District Court for the Northern District of Illinois. This Court allowed me to appear pro hac vice on September 17, 2009. I have personal knowledge of the matters set forth herein and could and would testify competently thereto if called as a witness in this matter.

2. On October 26, 2009, I sent Mr. Charles Platt, counsel for OpenMarket, Inc. ("OM"), a letter that enclosed copies of all of the invoices from Sprint's outside counsel in this matter, with modest redactions to remove entries protected by the attorney-client privilege and the work product doctrine, reflecting all of the work performed by Sprint's attorneys through September 30, 2009. With that letter, and in order to facilitate OM's review of these expenses, I also enclosed a detailed spreadsheet of the attorneys' fees and costs. True and correct copies of the October 26 letter, the invoices, and the spreadsheet are attached hereto and incorporated by reference herein as Exhibit A.

3. On November 9, 2009, I sent Mr. Platt a letter with updated invoices for October from Sprint's outside counsel, as well as an updated spreadsheet through October 30, 2009. True and correct copies of the November 9 letter, the invoices, and the spreadsheet are attached hereto and incorporated by reference herein as Exhibit B.

DECLARATION OF FREDERIC R. KLEIN
(No. 2:08-cv-01731-RSL) - 1 -

4. On December 10, 2009, I sent Mr. Platt a letter with updated invoices for November from Sprint's outside counsel, as well as an updated spreadsheet through November 30, 2009. True and correct copies of the December 10 letter, the invoices, and the spreadsheet are attached hereto and incorporated by reference herein as Exhibit C. Exhibit C is discussed on pages 8-9 of Sprint's Motion for Reimbursement of Attorneys' Fees and Costs.

5. Attached hereto and incorporated by reference herein as Exhibit D is a spreadsheet organizing Sprint's fees and costs through November 30, 2009 into two categories: (1) those incurred in defending the case brought by the Plaintiffs, and (2) those incurred in prosecuting Sprint's rights against OM under the October 1, 2004 Messaging Application Services Agreement between the parties. Exhibit D is discussed on pages 4-7 of Sprint's Motion for Reimbursement of Attorneys' Fees and Costs.

6. Sprint has been named as a co-defendant in a number of "premium service cases" (like this one) around the country. Quinn Emanuel has been Sprint's principal outside counsel on many of the premium service cases filed against Sprint, and my firm, Goldberg Kohn, has been principal counsel on some of these cases. Perkins Coie, which has represented Sprint on other somewhat related cases, has been Sprint's local counsel in this case. Goldberg Kohn, Quinn Emanuel, and Perkins Coie have all represented Sprint on many matters for many years.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of December, 2009.

_____
Frederic R. Klein

DECLARATION OF FREDERIC R. KLEIN
(No. 2:08-cv-01731-RSL) - 2 -

# CERTIFICATE OF SERVICE

On December 31, 2009, I electronically filed the DECLARATION OF FREDERIC R. KLEIN with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Clifford A. Cantor<br>**Law Offices of Clifford A. Cantor, PC**<br>627 208th Avenue SE<br>Sammamish, WA 98074-7033<br>cacantor@comcast.net<br>*Attorneys for Plaintiff Wilma Armer* | Michael J. Aschenbrener<br>**Kamber Edelson LLC**<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>maschenbrener@kamberedelson.com<br>*Attorneys for Plaintiff Wilma Armer* |
| Jeffrey M. Thomas<br>Mark A. Wilner<br>**Gordon Tilden Thomas & Cordell LLP**<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154-1007<br>jthomas@gordontilden.com<br>*Attorneys for Defendant OpenMarket, Inc.* | Charles Platt<br>Sanket J. Bulsara<br>**Wilmer Cutler Pickering Hale & Dorr**<br>399 Park Avenue<br>New York, NY 10022<br>charles.platt@wilmerhale.com<br>sanket.bulsara@wilmerhale.com<br>*Attorneys for Defendant OpenMarket, Inc.* |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 31st day of December, 2009.

/s/ *Amanda J. Beane*
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
ABeane@perkinscoie.com

*Attorney for Defendants Sprint Spectrum, L.P. and Nextel West Corp.*

DECLARATION OF FREDERIC R. KLEIN
(No. 2:08-cv-01731-RSL) – 3

59113-0068/LEGAL17264364.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000