The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILMA ARMER, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENMARKET, INC., SPRINT SPECTRUM, L.P., and NEXTEL WEST CORPORATION,<br><br>Defendants. | NO. 08-01731 RSL<br><br>STIPULATION AND PROPOSED ORDER EXTENDING OPEN MARKET, INC.'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT |

## STIPULATION

On December 1, 2008, this case was removed to this Court. Defendant OpenMarket, Inc.'s ("OpenMarket") time to answer or otherwise respond to plaintiff's First Amended Complaint is currently December 22, 2008. Plaintiff and OpenMarket hereby stipulate and agree that OpenMarket's time to answer or otherwise respond is extended to **January 16, 2009**.

/ / /

STIPULATION AND [PROPOSED] ORDER EXTENDING
ANSWER DEADLINE - 1
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 10th day of December, 2008.

**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**

By /s/
   Clifford A. Cantor, WSBA No. 17893
Attorneys for Plaintiff Wilma Armer

**GORDON TILDEN THOMAS & CORDELL LLP**

By
   Jeffrey M. Thomas, WSBA No. 21175
   E-mail: jthomas@gordontilden.com
   Mark A. Wilner, WSBA No. 31550
   E-mail: mwilner@gordontilden.com
Attorneys for Defendant OpenMarket, Inc.

# ORDER

Based upon the above stipulation, Defendant OpenMarket, Inc.'s time to answer or otherwise respond to the First Amended Complaint is extended to January 16, 2009.

DATED this _____ day of _____, 200 ___.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP

By
   Jeffrey M. Thomas, WSBA No. 21175
   Mark A. Wilner, WSBA No. 31550
Attorneys for Defendant OpenMarket, Inc.

STIPULATION AND [PROPOSED] ORDER EXTENDING
ANSWER DEADLINE - 2
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.

By /s/
   Clifford A. Cantor, WSBA No. 17893
Attorneys for Plaintiff Wilma Armer

STIPULATION AND [PROPOSED] ORDER EXTENDING
ANSWER DEADLINE - 3
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on December /0 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Counsel for Defendant Sprint Spectrum, L.P. and Nextel West Corporation

Sarah J. Crooks,
Amanda J. Beane
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
E-mail: SCrooks@perkinscoie.com
E-mail: ABeane@perkinscoie.com


Counsel for Plaintiff Wilma Armer

Clifford A. Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Avenue, S.E.
Sammamish, WA 98074-7033
Phone: 425-868-7813
Fax: 425-868-7870
E-mail:


By _____
Carol L. Russell
Legal Secretary to Jeffrey M. Thomas
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
E-mail: jthomas@gordontilden.com
E-mail: crussell@gordontilden.com

STIPULATION AND [PROPOSED] ORDER EXTENDING
ANSWER DEADLINE - 4
No. 08-01731 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292