The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GREGORY MCNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENMARKET INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>Defendants. | No. CV 08-01731-RSL<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME WITH RESPECT TO SPRINT'S MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS** |
| SPRINT SPECTRUM, L.P., a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>Cross-Claimants,<br><br>v.<br><br>OPENMARKET INC., a Michigan corporation,<br><br>Cross-Defendant. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - 1
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Cross-Claimants Sprint Spectrum, L.P. and Nextel West Corp. ("Sprint") and Cross-Defendant OpenMarket, Inc. ("OpenMarket") hereby stipulate and agree: (1) to re-note Sprint's Motion for Reimbursement of Attorneys' Fees and Costs for January 29, 2010; (2) to extend OpenMarket's time to oppose Sprint's Motion for Reimbursement of Attorneys' Fees and Costs to January 19, 2010; and (2) to extend Sprint's time to reply to January 29, 2010.

DATED this 8th day of January, 2010.

**GORDON TILDEN THOMAS & CORDELL LLP**
*Attorneys for Defendant OpenMarket, Inc.*


By   s/ Jeffrey M. Thomas
    Jeffrey M. Thomas, WSBA No. 21175
    Email: jthomas@gordontilden.com
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154
    Telephone: (206) 467-6477
    Facsimile: (206) 467-6292


**WILMER CUTLER PICKERING HALE AND DORR**
*Attorneys for Defendant OpenMarket, Inc.*
    Charles Platt (admitted *pro hac vice*)
    Email: charles.platt@wilmerhale.com
    Sanket J. Bulsara (admitted *pro hac vice*)
    Email: sanket.bulsara@wilmerhale.com
    399 Park Avenue
    New York, New York 10022
    Telephone: (212) 230-8814
    Facsimile: (212) 230-8888

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - 2
No. 08-01731 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

|   |   |
|---|---|
| 1 | |
| 2 | **PERKINS COIE LLP** |
| 3 | *Attorneys for Sprint Spectrum L.P. and Nextel West Corp.* |
| 4 | |
| 5 | By   s/ Amanda J. Beane (per e-mail authorization) |
| 6 |     Amanda J. Beane, WSBA No. 33070 |
| 7 |     Email:  ABeane@perkinscoie.com |
| 8 |     1201 Third Avenue, Suite 4800 |
| 9 |     Seattle, Washington 98101-3099 |
| 10 |     Telephone:  (206) 359-8000 |
| 11 |     Facsimile:   (206) 359-5000 |
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - 3
No. 08-01731 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

# ORDER

Based on the foregoing stipulation, it is HEREBY ORDERED that Cross-Defendant OpenMarket's time to oppose Sprint's Motion for Reimbursement of Attorneys' Fees and Costs is extended to January 19, 2010 and Cross-Claimants Sprint Spectrum, L.P. and Nextel West Corp.'s time to reply is extended to January 29, 2010. Sprint's motion is re-noted for January 29, 2010.

DATED this _____ day of _____, 2010.

                                         The Honorable Robert S. Lasnik
                                         UNITED STATES DISTRICT JUDGE

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**


By s/ Jeffrey M. Thomas
    Jeffrey M. Thomas, WSBA No. 21175
Email: jthomas@gordontilden.com
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154-1007
Telephone:   (206) 467-6477
Facsimile:    (206S) 467-6292

*Attorneys for Defendant OpenMarket, Inc.*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - 4
No. 08-01731 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Counsel for Defendant Sprint Spectrum, L.P. and Nextel West Corporation

Sarah J. Crooks,
Amanda J. Beane
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:	206-359-8000
Facsimile:	206-359-9000
E-mail:  SCrooks@perkinscoie.com
E-mail:  ABeane@perkinscoie.com


Counsel for Plaintiff Wilma Armer

Clifford A. Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Avenue, S.E.
Sammamish, WA  98074-7033
Telephone:	425-868-7813
Facsimie:	425-868-7870
E-mail:

>By s/ Carol L. Russell
>     Carol L. Russell
> Legal Secretary to Jeffrey M. Thomas
> Gordon Tilden Thomas & Cordell LLP
> 1001 Fourth Avenue, Suite 4000
> Seattle, WA  98154-1007
> Telephone:  (206) 467-6477
> Facsimile:  (206) 467-6292
> E-mail:  jthomas@gordontilden.com
> E-mail:  crussell@gordontilden.com

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - 5
No. 08-01731 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292