

08-CV-01731-IFP

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GREGORY MCNEILL and WILMA ARMER, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>OPENMARKET INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation, <br><br>Defendants. | No. CV 08-01731-RSL <br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING TIME WITH RESPECT TO SPRINT'S MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS** |
| SPRINT SPECTRUM, L.P., a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation, <br><br>Cross-Claimants, <br><br>v. <br><br>OPENMARKET INC., a Michigan corporation, <br><br>Cross-Defendant. | |

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
TIME - 1
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Cross-Claimants Sprint Spectrum, L.P. and Nextel West Corp. ("Sprint") and Cross-Defendant OpenMarket, Inc. ("OpenMarket") hereby stipulate and agree: (1) to re-note Sprint's Motion for Reimbursement of Attorneys' Fees and Costs for January 29, 2010; (2) to extend OpenMarket's time to oppose Sprint's Motion for Reimbursement of Attorneys' Fees and Costs to January 19, 2010; and (2) to extend Sprint's time to reply to January 29, 2010.

DATED this 8th day of January, 2010.

**GORDON TILDEN THOMAS & CORDELL LLP**
*Attorneys for Defendant OpenMarket, Inc.*

By ___s/ Jeffrey M. Thomas___
    Jeffrey M. Thomas, WSBA No. 21175
    Email: jthomas@gordontilden.com
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154
    Telephone: (206) 467-6477
    Facsimile:  (206) 467-6292

**WILMER CUTLER PICKERING HALE AND DORR**
*Attorneys for Defendant OpenMarket, Inc.*
    Charles Platt (admitted *pro hac vice*)
    Email: charles.platt@wilmerhale.com
    Sanket J. Bulsara (admitted *pro hac vice*)
    Email: sanket.bulsara@wilmerhale.com
    399 Park Avenue
    New York, New York 10022
    Telephone: (212) 230-8814
    Facsimile:  (212) 230-8888

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME - 2
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

**PERKINS COIE LLP**
*Attorneys for Sprint Spectrum L.P. and Nextel West Corp.*


By   s/ Amanda J. Beane (per e-mail authorization)
    Amanda J. Beane, WSBA No. 33070
    Email: ABeane@perkinscoie.com
    1201 Third Avenue, Suite 4800
    Seattle, Washington 98101-3099
    Telephone: (206) 359-8000
    Facsimile:  (206) 359-5000

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME - 3
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

## ORDER

Based on the foregoing stipulation, it is HEREBY ORDERED that Cross-Defendant OpenMarket's time to oppose Sprint's Motion for Reimbursement of Attorneys' Fees and Costs is extended to January 19, 2010 and Cross-Claimants Sprint Spectrum, L.P. and Nextel West Corp.'s time to reply is extended to January 29, 2010. Sprint's motion is re-noted for January 29, 2010.

DATED this 19th day of January, 2010.

*/s/ Robert S. Lasnik/*

The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

By s/ Jeffrey M. Thomas
    Jeffrey M. Thomas, WSBA No. 21175
Email: jthomas@gordontilden.com
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154-1007
Telephone:    (206) 467-6477
Facsimile:    (206S) 467-6292

*Attorneys for Defendant OpenMarket, Inc.*

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME - 4
No. 08-01731 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292