UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GREGORY MCNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>OPENMARKET INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>    Defendants.<br><hr>SPRINT SPECTRUM, L.P., a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>    Cross-Claimants,<br><br>  v.<br><br>OPENMARKET INC., a Michigan corporation,<br><br>    Cross-Defendant. | No. CV 08-01731-RSL<br><br>**[PROPOSED] ORDER DENYING SPRINT'S MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS** |

ORDER DISMISSING SPRINT'S MOTION FOR
REIMBURSEMENT OF ATTORNEYS' FEES AND
COSTS - 1
No. 08-01731 RSL

OPENMARKET INC., a Michigan
corporation,

            Cross-Claimant.

    v.

SPRINT SPECTRUM, L.P., a Delaware
limited partnership, and NEXTEL WEST
CORP., a Delaware corporation,

            Cross-Defendants.

This matter coming before the Court pursuant to Sprint Spectrum L.P.'s ("Sprint")

Motion for Reimbursement of Attorneys' Fees and Costs, OpenMarket Inc.'s Opposition to

Sprint's Motion for Reimbursement of Attorneys' Fees and Costs, having considered the parties'

submissions, this Court hereby DENIES Sprint's motion for reimbursement of attorneys' fees

and costs.

    IT IS SO ORDERED.

    DATED this _____ day of _____, 2010.


                        _____

                        UNITED STATES DISTRICT JUDGE


Presented by:

GORDON TILDEN THOMAS & CORDELL LLP


By /s/ Jeffrey M. Thomas
    Jeffrey M. Thomas, WSBA No. 21175
    Mark A. Wilner, WSBA No. 31550
Attorneys for Defendant OpenMarket, Inc.

ORDER DISMISSING SPRINT'S MOTION FOR
REIMBURSEMENT OF ATTORNEYS' FEES AND
COSTS - 2
No. 08-01731 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Counsel for Defendant Sprint Spectrum, L.P. and Nextel West Corporation

Sarah J. Crooks,
Amanda J. Beane
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
E-mail: SCrooks@perkinscoie.com
E-mail: ABeane@perkinscoie.com


Counsel for Plaintiff Wilma Armer

Clifford A. Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Avenue, S.E.
Sammamish, WA 98074-7033
Phone: 425-868-7813
Fax: 425-868-7870
E-mail: ccantor@comcast.net; cliffcantor@hotmail.com


By /s/ Carol L. Russell
    Carol L. Russell
Legal Secretary to Jeffrey M. Thomas
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
E-mail: jthomas@gordontilden.com
E-mail: crussell@gordontilden.com

[Proposed Order Denying Sprint's Motion]

ORDER DISMISSING SPRINT'S MOTION FOR
REIMBURSEMENT OF ATTORNEYS' FEES AND
COSTS - 3
No. 08-01731 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292