The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>OPENMARKET, INC., SPRINT SPECTRUM, L.P., and NEXTEL WEST CORPORATION,<br><br>Defendants. | No. C 08-1731 RSL<br><br>**STIPULATED REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** |

STIPULATION TO STAY PROCEEDINGS
No. C 08-1731 RSL

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

| | |
|---|---|
| 1 | Plaintiffs Gregory McNeill and Wilma Armer (collectively "Plaintiffs") and Defendant |
| 2 | OpenMarket, Inc. ("OpenMarket"), hereby stipulate and respectfully request that the Court stay |
| 3 | this litigation as to Defendant, including the obligation to respond to any pending motion or |
| 4 | engage in discovery, for 60-days, through and including March 29, 2010. In support of this |
| 5 | Stipulation, Plaintiff and OpenMarket state as follows: |
| 6 | **WHEREAS**, on October 28, 2008, Plaintiffs filed their First Amended Complaint in the |
| 7 | Superior Court for the State of Washington, King County, captioned *Armer v. OpenMarket, Inc.,* |
| 8 | *Sprint Spectrum, L.P., and Nextel West Corporation*, No. 08-2-32201-7 SEA; |
| 9 | **WHEREAS**, on December 1, 2008, Sprint removed the case to this Court pursuant to the |
| 10 | Class Action Fairness Act of 2005 ("CAFA"); |
| 11 | **WHEREAS**, Plaintiffs' counsel and Defendant OpenMarket are currently engaged in |
| 12 | advanced settlement discussions that will resolve the claims pending against Defendants in this |
| 13 | action, as well as other class action lawsuits filed against Defendants in state and federal courts |
| 14 | across the country and the Parties are scheduled to continue those discussions over the next 60 |
| 15 | days. |
| 16 | **WHEREAS**, Plaintiffs and Defendant OpenMarket seek this stay so that they may focus |
| 17 | their efforts on settlement discussions without incurring additional fees and costs related to |
| 18 | engaging in class and merits based discovery, briefing Plaintiffs' anticipated motion for class |
| 19 | certification, and Defendant's dispositive motions; |
| 20 | **NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows: |
| 21 | 1. Plaintiffs Gregory McNeill and Wilma Armer and Defendant OpenMarket agree |
| 22 | to stay these proceedings and all aspects of Plaintiffs' case against Defendants, including the |
| 23 | obligation to engage in class and merits based discovery, as well as briefing Plaintiffs' |
| 24 | anticipated motion for class certification; |
| 25 | 2. These proceedings and all aspects of Plaintiffs' case against Defendants, |
| 26 | including the obligation to engage in class and merits based discovery, briefing Plaintiffs' |
| 27 | |
| 28 | |

STIPULATION TO STAY PROCEEDINGS
No. C 08-1731 RSL

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 868-7870

1 | anticipated motion for class certification and Defendant's dispositive motions, are hereby stayed
2 | for 60-days, through and including March 29, 2010.

3. The Parties will apprise the Court by April 1, 2010 of the progress of settlement discussions.

**IT IS SO STIPULATED.**

Dated: January 27, 2010
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
  By: /s/ Clifford Cantor, WSBA # 17893
627 208th Ave. SE
Sammamish, WA 98074
Tel: 425.868.7813
Fax: 425.868.7870

*Attorneys for Plaintiffs*
*Gregory McNeill and Wilma Armer*

Dated: January 27, 2010
WILMER CUTLER HALE PICKERING & DORR
  By: /s/ Sanket J. Bulsara (admitted pro hac vice)
      (with permission)
399 Park Ave.
New York, NY 10022
Tel: 212.230.8800
Fax: 212.230.8888

*Attorneys for Defendant OpenMarket, Inc.*

Certificate of Service

I certify that, on Jan. 27, 2010, I caused this document to be filed with the Clerk of the Court via ECF, which will send copies to all counsel of record.

/s/ Clifford Cantor, WSBA # 17893

STIPULATION TO STAY PROCEEDINGS
No. C 08-1731 RSL
- 2 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 868-7870