1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>OPENMARKET, INC., SPRINT SPECTRUM, L.P., and NEXTEL WEST CORPORATION,<br><br>Defendants. | No. C 08-1731 RSL<br><br>**[Proposed] ORDER GRANTING STIPULATED REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** |

The Court, having considered the Plaintiffs' and Defendant OpenMarket's Stipulated Request to Stay Proceedings Pending Settlement Negotiations, and being otherwise duly advised in the premises, hereby ORDERS as follows:

       1.     Plaintiffs' and OpenMarket's stipulated request to stay these proceedings and all aspects of Plaintiffs' case against Defendants, including the obligation to engage in merits and class based discovery, as well as respond to any pending motions is hereby GRANTED;

[PROPOSED] ORDER GRANTING STAY
No. C 08-1731 RSL

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

1    2.    All aspects of Plaintiffs' case against Defendants are hereby STAYED for 60-

2    days, through and including March 29, 2010;

3    3.    The Parties shall apprise the Court of the progress of the settlement discussions

4    between Plaintiffs and Defendant OpenMarket by April 1, 2010.

5

6    **IT IS SO ORDERED.**

7

8    Dated this _____ day of _____, 2010

9

10   _____

11   HONORABLE ROBERT S. LASNIK
     UNITED STATES DISTRICT JUDGE

12

13   Presented by:

14   LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
     By: /s/ Clifford Cantor, WSBA # 17893
15   627 208th Ave. SE
     Sammamish, WA 98074-7033
16   Tel: 425.868.7813
     Fax: 425-868-7870
17

18

19

20

21

22                   Certificate of Service

23       I certify that, on Jan. 27, 2010, I caused this document to be filed with the Clerk of the
     Court via ECF, which will send copies to all counsel of record.
24
                             /s/ Clifford Cantor, WSBA # 17893
25

26

27

28

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel: (425) 868-7813  •  Fax: (425) 868-7870