UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>Defendants. | No. 2:08-cv-01731-RSL<br><br>SPRINT'S RESPONSE TO PLAINTIFFS' AND OPENMARKET'S STIPULATED REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS |
| SPRINT SPECTRUM L.P., a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>Cross-Claimants,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation,<br><br>Cross-Defendants. | |

SPRINT'S RESPONSE TO PLAINTIFFS' AND OPENMARKET'S STIPULATED REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS (No. 2:08-cv-01731-RSL)

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Defendants, Cross-Claimants, and Cross-Defendants Sprint Spectrum L.P. and Nextel West Corp. (collectively, "Sprint"), by their undersigned counsel, hereby respond to the Stipulated Request to Stay Proceedings Pending Settlement Negotiations ("Stipulated Request to Stay"), D.E. #93, filed on January 27, 2010, by Plaintiffs Wilma Armer and Gregory McNeill ("Plaintiffs") and Defendant, Cross-Claimant, and Cross-Defendant OpenMarket, Inc. ("OM"). Sprint is not a party to the Stipulated Request to Stay, nor was Sprint informed that the Plaintiffs and OM intended to file the Stipulated Request to Stay.

First, Sprint is not involved in the settlement negotiations with Plaintiffs and OM. Second, Sprint does not oppose a stay of the Plaintiffs' action against Sprint and OM while the Plaintiffs and OM explore settlement between them. Third, although the proposed order should be read to apply only to prosecution of "Plaintiffs' case against Defendants," it also refers ambiguously to a stay of "these proceedings." Sprint objects to any stay which would apply to the action between Sprint and OM on the cross-claims.

Through December 31, 2009, Sprint has incurred attorneys' fees and costs of $362,646.17 in this case, and Sprint is currently seeking reimbursement of that amount from OM in accordance with Sprint's Motion for Reimbursement of Attorneys' Fees and Costs ("Sprint's Motion"), D.E. #86. OM filed its Opposition to Sprint's Motion on January 19, 2010, D.E. #92, claiming that OM owes zero to Sprint under §§ 10.2 and 13.3 of the Messaging Application Services Agreement. Sprint's Reply will be filed on January 29, 2010, at which time Sprint's Motion will be fully briefed and under advisement. Sprint therefore urges the Court that any stay entered pursuant to the Stipulated Request to Stay, filed by Plaintiffs and OM but not Sprint, should not apply to Sprint's Motion.

SPRINT'S RESPONSE TO PLAINTIFFS' AND OPENMARKET'S
STIPULATED REQUEST TO STAY PROCEEDINGS PENDING
SETTLEMENT NEGOTIATIONS (No. 2:08-cv-01731-RSL) – 1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

DATED: January 28, 2010

Respectfully submitted,

s/ Amanda J. Beane    WSBA No. 33070
Sara J. Crooks, WSBA No. 35997
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SCrooks@perkinscoie.com
ABeane@perkinscoie.com

Frederic R. Klein
Mark W. Hancock
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
(312) 201- 4000

Michael T. Lifrak
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Defendants*
*Sprint Spectrum L.P. and Nextel West Corp.*

SPRINT'S RESPONSE TO PLAINTIFFS' AND OPENMARKET'S
STIPULATED REQUEST TO STAY PROCEEDINGS PENDING
SETTLEMENT NEGOTIATIONS (No. 2:08-cv-01731-RSL) – 2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222