The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>OPENMARKET, INC., SPRINT SPECTRUM, L.P., and NEXTEL WEST CORPORATION,<br><br>Defendants. | No. C 08-1731RSL<br><br>**ORDER GRANTING STIPULATED REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** |

The Court, having considered the Plaintiffs' and Defendant OpenMarket's Stipulated Request to Stay Proceedings Pending Settlement Negotiations (Dkt. #93), and being otherwise duly advised in the premises, hereby ORDERS as follows:

1. Plaintiffs' and OpenMarket's stipulated request to stay these proceedings and all aspects of Plaintiffs' case against Defendants, including the obligation to engage

in merits and class based discovery, as well as respond to any pending motions is hereby GRANTED;

2. All aspects of Plaintiffs' case against Defendants are hereby STAYED for 60-days, through and including March 29, 2010;

3. The stay does not affect the briefing or consideration of Sprint's pending Motion for Attorney Fees and Costs Reimbursement (Dkt. #86).

4. Plaintiffs and Defendant OpenMarket shall apprise the Court of the progress of the settlement discussions between Plaintiffs and Defendant OpenMarket by April 1, 2010.

Dated this 28th day of January, 2010.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge