UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>Defendants. | No. 2:08-cv-01731-RSL<br><br>DECLARATION OF BRIAN D. PEDATI |
| SPRINT SPECTRUM L.P., a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>Cross-Claimants,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation,<br><br>Cross-Defendants. | |

Declaration of Brian D. Pedati
(No. 2:08-cv-01731-RSL)

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

I, Brian D. Pedati, state as follows:

1. I am employed by Sprint/United Management Company, and my job responsibilities include providing legal services for corporate family entities under the parent corporation Sprint Nextel Corporation, which includes direct and indirect subsidiaries of Sprint Nextel Corporation such as Sprint Spectrum L.P. and Nextel West Corp. (collectively, "Sprint"). My responsibilities include, among other things, hiring and managing outside counsel to represent Sprint on various matters. Within Sprint's Legal Department, I have the responsibility and authority to review and, if appropriate, approve of statements received from outside counsel representing Sprint in the above-captioned matter. My current title is Senior Counsel, Litigation.

2. Sprint has employed the following firms in connection with this matter: (a) Goldberg Kohn Ltd. (formerly known as Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.) ("Goldberg Kohn"); (b) Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel"); and (c) Perkins Coie LLP ("Perkins Coie").

3. To date, Sprint has paid these three firms -- Goldberg Kohn, Quinn Emanuel, and Perkins Coie -- a total of $325,570.56 in connection with their representation of Sprint in this case. Any balance owed to these three firms will be paid by Sprint in the ordinary course of business.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____th day of January, 2010.

_____
Brian D. Pedati

Declaration of Brian D. Pedati
(No. 2:08-cv-01731-RSL)

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222