**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

BRUCE RIFKIN  700 STEWART ST.
CLERK  SEATTLE, WASHINGTON 98101

February 3, 2010

Clerk
U.S. Court of Appeals
95 7th Street
San Francisco, CA 94103

RE: Civil Appeal
<u>Gregory McNeill, et al. vs. Openmarket, Inc., et al.</u>, CV08-1731RSL

Under cover of this letter please find:

✔ Notice of Appeal

✔ Docket Fee Payment Notification

✔ Copy of Docket Entries

✔ Copy of Order(s) on Appeal

✔ Copy of this cover letter (CCA only). Please date stamp and return with CCA docket number.

Court Reporter: Barry Fanning

Transcript Designation and Ordering Form to be filed. See www.uscourts.gov for form . [To Appellant only. Under Circuit Rule 10-3.1(c) appellant required to file this form within thirty days of filing Notice of Appeal.] **Please note service requirements**.

BRUCE RIFKIN, Clerk of Court


By   s/Shelly Andrew
     Appeals Clerk

cc: All counsel of record [FRAP 3(d)]
    Enclosure(s)