The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>OPENMARKET, INC., a Michigan corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; and NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>          Defendants. | NO. 2:08-cv-0731 RSL<br><br>**REQUEST FOR SPECIAL NOTICE BY INTERESTED PARTY** |
| SPRINT SPECTRUM L.P., a Delaware limited partnership; and<br><br>          Cross-Claimants,<br><br>    v.<br><br>OPENMARKET, INC., a Michigan corporation,<br><br>         Cross-Defendant. | |

REQUEST FOR SPECIAL NOTICE BY INTERESTED PARTY
(NO. 2:08-CV-0731 RSL) - 1
4989/001/232884.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

TO: THE CLERK OF THE COURT; and

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Nancy A. Pacharzina of Tousley Brain Stephens PLLC ("TBS") hereby requests that she be added to the service list for all pleadings and orders filed herein.

TBS attorneys are counsel for the plaintiff in a related action, *Dwight G. Shaw v. Cellco Partnership et al.,* USDC W. D. Wash. No. 2:10-cv-184 RSL, currently pending in this court. There are issues common to both actions, and in the interests of judicial economy TBS wishes to be kept informed of actions taken in the *McNeill/Armer* case.

DATED this 11th day of March, 2010.

                TOUSLEY BRAIN STEPHENS PLLC

                By: /s/ Nancy A. Pacharzina
                    Christopher I. Brain, WSBA #5054
                    cbrain@tousley.com
                    Nancy A. Pacharzina, WSBA #25946
                    npacharzina@tousley.com
                    1700 Seventh Avenue, Suite 2200
                    Seattle, Washington 98101
                    Tel: 206.682.5600
                    Fax: 206.682.2992
                  *Attorneys for Interested Party Dwight G. Shaw*

REQUEST FOR SPECIAL NOTICE BY INTERESTED PARTY
(NO. 2:08-CV-0731 RSL) - 2
4989/001/232884.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED at Seattle, Washington, this 11th day of March, 2010.

By: /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
npacharzina@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600
*Attorneys for Interested Party Dwight G. Shaw*

REQUEST FOR SPECIAL NOTICE BY INTERESTED PARTY
(NO. 2:08-CV-0731 RSL) - 3
4989/001/232884.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992