UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST. LOBBY LEVEL
SEATTLE, WASHINGTON 98101

March 11, 2010

Nancy A. Pacharzina
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

Re: Request for Special Notice by Interested Party

Dear Ms. Pacharzina:

Your interest in the legal issues raised in <u>Armer v. OpenMarket, Inc.</u>, C08-1731RSL, do not make you an "interested party" for purposes of appearing on the docket in that matter. While you are invited to utilize CM/ECF to track the progress of any case within our system, I cannot grant your request for special notice.

Sincerely,

  /s/ Rhonda Stiles
for Bruce Rifkin
Clerk of Court