The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>OPENMARKET, INC., SPRINT SPECTRUM, L.P., and NEXTEL WEST CORPORATION,<br><br>Defendants. | No. C 08-1731 RSL<br><br>**[Proposed] ORDER GRANTING STIPULATED REQUEST TO CONTINUE TO STAY PROCEEDINGS PENDING SETTLEMENT** |

The Court, having considered the Plaintiffs' and Defendant OpenMarket's Stipulated Request to Continue to Stay Proceedings Pending Settlement, and being otherwise duly informed, hereby ORDERS as follows:

1. Plaintiffs' and OpenMarket's stipulated request to stay these proceedings (except as noted) and all aspects of Plaintiffs' case against Defendants, including the obligation to engage in merits and class based discovery, as well as respond to any pending motions, is hereby GRANTED;

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE TO STAY PROCEEDINGS
No. C 08-1731 RSL
- 1 -

**LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 868-7870

2. All aspects of Plaintiffs' case against Defendants are hereby STAYED for an additional sixty (60) days, through and including May 31, 2010;

3. The stay shall not apply with respect to the cross claims between Sprint and OpenMarket;

4. Plaintiffs and OpenMarket shall apprise the Court of the progress of the settlement between Plaintiffs and Defendant OpenMarket by June 1, 2010.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2010.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
(425) 868-7813

One of Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE TO STAY PROCEEDINGS
No. C 08-1731 RSL

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 868-7870