UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>SPRINT SPECTRUM, L.P. a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>Cross-Claimants,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation,<br><br>Cross-Defendant. | No. 08-cv-01731-RSL<br><br>SPRINT'S PARTIAL OBJECTION TO PLAINTIFFS' AND OPENMARKET'S STIPULATED REQUEST TO CONTINUE TO STAY PROCEEDINGS PENDING SETTLEMENT, AND REQUESTED MODIFICATION |

SPRINT'S PARTIAL OBJECTION TO REQUEST
TO CONTINUE TO STAY PROCEEDINGS
(NO. 08-01731-RSL) – 1
59113-0068/LEGAL18014634.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Defendants, Cross-Claimants, and Cross-Defendants Sprint Spectrum L.P. and Nextel West Corp. (collectively, "Sprint"), by their undersigned counsel, hereby submit this partial objection to, and requested modification of, the Stipulated Request to Continue to Stay Proceedings Pending Settlement ("Stipulated Request to Stay"), D.E. #104, filed on April 1, 2010 by Plaintiffs Wilma Armer and Gregory McNeill ("Plaintiffs") and Defendant, Cross-Claimant, and Cross-Defendant OpenMarket, Inc. ("OM"). Sprint is not a party to the Stipulated Request to Stay.

First, Sprint is not involved in the settlement negotiations with Plaintiffs and OM. Second, Sprint does not oppose a stay of the Plaintiffs' action against Sprint and OM while the Plaintiffs and OM explore settlement between them. Third, Sprint sought a modification (explained below) of the Stipulated Request to Stay submitted by Plaintiffs and OM, who refused.

Specifically, Sprint requested that the current Stipulated Request to Stay include language similar to paragraph 3 of the Court's January 28, 2010 "Order Granting Stipulated Request to Stay Proceedings Pending Settlement Negotiations," D.E. #95 (copy attached), which states: "The stay does not affect the briefing or consideration of Sprint's pending Motion for Attorney Fees and Costs Reimbursement (Dkt. #86)" ("Motion for Reimbursement"). Because the Motion for Reimbursement was fully briefed as of January 29, 2010 and is under advisement, Sprint respectfully asks that, if the Court is inclined to grant the Stipulated Request to Stay, the Order again expressly states that "the stay does not affect the consideration of Sprint's pending Motion for Attorneys' Fees and Costs Reimbursement (Dkt. #86)."

SPRINT'S PARTIAL OBJECTION TO REQUEST
TO CONTINUE TO STAY PROCEEDINGS
(NO. 08-01731-RSL) – 2
59113-0068/LEGAL18014634.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 2nd day of April, 2010.

/s/ Amanda J. Beane
Sarah J. Crooks, WSBA No. 35997
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
SCrooks@perkinscoie.com
ABeane@perkinscoie.com

Frederic R. Klein
Mark W. Hancock
**Goldberg Kohn**
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: 312.201.4000

Michael T. Lifrak
**Quinn Emanuel Urquhart Oliver
& Hedges, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213.443.3000

*Attorneys for Defendants Sprint Spectrum, L.P.
and Nextel West Corp.*

SPRINT'S PARTIAL OBJECTION TO REQUEST
TO CONTINUE TO STAY PROCEEDINGS
(NO. 08-01731-RSL) – 3
59113-0068/LEGAL18014634.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

On April 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Clifford A. Cantor<br>**Law Offices of Clifford A. Cantor, PC**<br>627 208th Avenue SE<br>Sammamish, WA 98074-7033<br>cacantor@comcast.net<br>*Attorneys for Plaintiff Wilma Armer* | Michael J. Aschenbrener<br>**Kamber Edelson LLC**<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>maschenbrener@kamberedelson.com<br>*Attorneys for Plaintiff Wilma Armer* |
| Jeffrey M. Thomas<br>Mark A. Wilner<br>**Gordon Tilden Thomas & Cordell LLP**<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154-1007<br>jthomas@gordontilden.com<br>*Attorneys for Defendant OpenMarket, Inc.* | Charles Platt<br>Sanket J. Bulsara<br>**Wilmer Cutler Pickering Hale & Dorr**<br>399 Park Avenue<br>New York, NY 10022<br>charles.platt@wilmerhale.com<br>sanket.bulsara@wilmerhale.com<br>*Attorneys for Defendant OpenMarket, Inc.* |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of April, 2010.

*s/ Amanda J. Beane*
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
ABeane@perkinscoie.com

*Attorney for Defendants Sprint Spectrum, L.P. and Nextel West Corp.*

SPRINT'S PARTIAL OBJECTION TO REQUEST
TO CONTINUE TO STAY PROCEEDINGS
(NO. 08-01731-RSL) – 4
59113-0068/LEGAL18014634.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000