THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8
9
10
11
12          UNITED STATES DISTRICT COURT
13         WESTERN DISTRICT OF WASHINGTON
14                  AT SEATTLE
15
16
17  GREGORY McNEILL and WILMA          NO. 08-CV-01731-RSL
18  ARMER, individually and on behalf of all
19  others similarly situated,
20                                      JOINT MOTION TO DISMISS
21              Plaintiffs,             CROSS-CLAIMS
22
23       v.                            NOTE ON MOTION CALENDAR:
24                                      September 8, 2010
25  OPENMARKET, INC., a Michigan
26  corporation, SPRINT SPECTRUM, L.P., a
27  Delaware limited partnership, NEXTEL
28  WEST CORPORATION, a Delaware
29  corporation,
30
31              Defendants.
32
33  SPRINT SPECTRUM, L.P. a Delaware
34  limited partnership, and NEXTEL WEST
35  CORP., a Delaware corporation,
36
37                    Cross-Claimants,
38
39       v.
40  OPENMARKET, INC., a Michigan
41  corporation,
42
43
44                    Cross-Defendant.
45
46
47      Sprint Spectrum, L.P. and Nextel West Corp. (collectively, "Sprint") and OpenMarket,
48
49  Inc. ("OM"), by their respective undersigned counsel, hereby jointly move to dismiss with
50
51

JOINT MOTION TO DISMISS
CROSS-CLAIMS (NO. 08-CV-01731 RSL) - 1

prejudice the cross-claims they have filed against each other in this matter.  In support thereof, Sprint and OM state as follows:

1.      Sprint filed a Cross-Claim and an Amended Cross-Claim against OM (Dkt. Nos. 29 and 47), and OM filed a Cross-Claim and an Amended Cross-Claim against Sprint (Dkt. Nos. 38 and 49).

2.      This Court entered several Orders with respect to the cross-claims filed by Sprint and OM against each other, including Dkt. Nos. 76, 77, 88, and 107.

3.      As a result of the noted Orders entered by this Court, and the negotiations that then ensued between the parties, Sprint and OM have settled matters between them and now ask the Court to dismiss with prejudice their cross-claims against each other.

WHEREFORE, Sprint Spectrum, L.P. and Nextel West Corp. and OpenMarket, Inc. respectfully and jointly ask this Honorable Court to dismiss with prejudice the cross-claims and amended cross-claims filed against each other (Dkt. Nos. 29, 38, 47, and 49) and for all other and further relief deemed appropriate by the Court.

DATED this 8th day of September, 2010.

**SPRINT SPECTRUM L.P. AND NEXTEL WEST CORP**

s/ Amanda J. Beane
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
ABeane@perkinscoie.com

Sarah J. Crooks, WSBA No. 35997
**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile:  (503) 727-2222
SCrooks@perkinscoie.com

**OPENMARKET, INC.**

s/ Sanket J. Bulsara
(signed with permission of attorney)
Charles Platt (admitted pro hac vice)
Sanket J. Bulsara (admitted pro hac vice)
**Wilmer Cutler Pickering Hale & Dorr**
399 Park Avenue
New York, NY  10022
charles.platt@wilmerhale.com
sanket.bulsara@wilmerhale.com

JOINT MOTION TO DISMISS
CROSS-CLAIMS (NO. 08-CV-01731 RSL) - 2

**SPRINT SPECTRUM L.P. AND
NEXTEL WEST CORP**

*s/ Frederic R. Klein*
Frederic R. Klein (*admitted pro hac vice*)
**Goldberg Kohn Ltd.**
55 East Monroe Street, Suite 3300
Chicago, IL  60603
Telephone:  312.201.4000
Facsimile:  312.332.2196
Frederic.klein@goldbergkohn.com

**OPENMARKET, INC.**

*s/ Jeffrey M. Thomas*
*(signed with permission of attorney)*
Jeffrey M. Thomas, WSBA No. 21175
Mark A. Wilner, WSBA No. 31550
**Gordon Tilden Thomas & Cordell LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  206.467.6477
Facsimile:  206.467.6292
jthomas@gordontilden.com
mwilner@gordontilden.com

JOINT MOTION TO DISMISS
CROSS-CLAIMS (NO. 08-CV-01731 RSL) - 3

**CERTIFICATE OF SERVICE**

On September 8, 2010, I electronically filed the foregoing JOINT MOTION TO

DISMISS CROSS-CLAIMS with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to the following attorneys of record:

Charles Platt
Sanket J. Bulsara
**Wilmer Cutler Pickering Hale & Dorr**
399 Park Avenue
New York, NY  10022
charles.platt@wilmerhale.com
sanket.bulsara@wilmerhale.com
*Attorneys for Defendant OpenMarket, Inc.*

Clifford A. Cantor
**Law Offices of Clifford A. Cantor, P.C.**
627 208th Avenue, S.E.
Sammamish, WA 98074-7033
ca.cantor@comcast.net
*Attorneys for Plaintiffs Gregory McNeill and Wilma Armer*

Jeffrey M. Thomas
Mark A. Wilner
**Gordon Tilden Thomas & Cordell LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
jthomas@gordontilden.com
mwilner@gordontilden.com
*Attorneys for Defendant OpenMarket, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of September, 2010.

*s/ Amanda J. Beane*
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
ABeane@perkinscoie.com

*Attorneys for Defendants Sprint Spectrum, L.P. and Nextel West Corp.*

JOINT MOTION TO DISMISS
CROSS-CLAIMS (NO. 08-CV-01731 RSL) - 4

59113-0068/LEGAL19074072.1