FILED

SEP 10 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILMA ARMER, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs, <br><br> OPENMARKET INC, a Michigan corporation, <br><br> Defendant/Cross-defendant/ Appellant, <br><br> v. <br><br> SPRINT SPECTRUM LP, a Delaware limited partnership; et al., <br><br> Defendants/Cross-claimants/ Appellees. | No. 10-35116 <br><br> D.C. No. 2:08-cv-01731-RSL Western Washington (Seattle) <br><br> ORDER |

Pursuant to stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

9/10/10/cg/mediation