

**08-CV-01731-APPR**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GREGORY McNEILL and WILMA ARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation, SPRINT SPECTRUM, L.P., a Delaware limited partnership, NEXTEL WEST CORPORATION, a Delaware corporation,<br><br>Defendants. | NO. 08-CV-01731 RSL<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CROSS-CLAIMS<br><br>NOTE ON MOTION CALENDAR:<br>September 8, 2010 |
| SPRINT SPECTRUM, L.P. a Delaware limited partnership, and NEXTEL WEST CORP., a Delaware corporation,<br><br>Cross-Claimants,<br><br>v.<br><br>OPENMARKET, INC., a Michigan corporation,<br><br>Cross-Defendant. | |

ORDER GRANTING JOINT MOTION TO DISMISS
CROSS-CLAIMS (NO. 08-CV-01731 RSL) – 1

59113-0068/LEGAL19073833.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The Court, having considered the parties' Joint Motion to Dismiss Cross-Claims and the files and pleadings in this case, and being fully advised in the premises, now, therefore, hereby

ORDERS that the Joint Motion to Dismiss Cross-Claims filed by Sprint Spectrum, L.P. and Nextel West Corp. (together, "Sprint") and OpenMarket, Inc. be, and the same hereby is, GRANTED; and therefore, Sprint's Amended Cross-Claim against OpenMarket (Dkt. 47) and OpenMarket's Amended Cross-Claim Against Sprint (Dkt. 49) are both hereby dismissed with prejudice, and without fees and costs or any other award to either party.

DATED this 15th day of September, 2010.

_____
HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

s/ Amanda J. Beane
Amanda J. Beane, WSBA No. 33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
ABeane@perkinscoie.com

Sarah J. Crooks, WSBA No. 35997
**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222
SCrooks@perkinscoie.com

*Attorneys for Defendants and Cross-Claimants*
*Sprint Spectrum, L.P. and Nextel West Corporation*

ORDER GRANTING JOINT MOTION TO DISMISS
CROSS-CLAIMS (NO. 08-CV-01731 RSL) – 2
59113-0068/LEGAL19073833.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

s/ Frederic R. Klein
Frederic R. Klein (*admitted pro hac vice*)
**Goldberg Kohn Ltd.**
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: 312.201.4000
Facsimile: 312.332.2196
frederic.klein@goldbergkohn.com

*Attorneys for Defendants and Cross-Claimants*
*Sprint Spectrum, L.P. and Nextel West Corporation*


s/ Sanket J. Bulsara
*(signed with permission of attorney)*
Charles Platt (*admitted pro hac vice*)
Sanket J. Bulsara (*admitted pro hac vice*)
**Wilmer Cutler Pickering Hale & Dorr**
399 Park Avenue
New York, NY 10022
charles.platt@wilmerhale.com
sanket.bulsara@wilmerhale.com

*Attorneys for Defendant and Cross-Defendant*
*OpenMarket, Inc.*

ORDER GRANTING JOINT MOTION TO DISMISS
CROSS-CLAIMS (NO. 08-CV-01731 RSL) – 3

59113-0068/LEGAL19073833.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000